

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABC BUSINESS FORMS, INC., on behalf of itself and a class, | ) ) ) | |
| Plaintiff, | ) ) | 12 CV 7526 |
| v. | ) ) | |
| SUPERFINE PRINTING AND OFFSET, INC., and JOHN DOES 1-10, | ) ) ) ) | Honorable Judge Leinenweber Magistrate Judge Cox |
| Defendants. | ) | |

**ORDER ENTERING DEFAULT JUDGMENT**

This matter coming to be heard on prove-up on damages and fees and costs in support of Plaintiff's Motion for Entry of Default, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against Defendant Superfine Printing and Offset, Inc., and in Plaintiff's favor, in the amount of $1,500.00 for plaintiff in statutory damages, plus $2,561.50 in attorney's fees and $410.00 in costs of suit.

Defendant Superfine Printing and Offset, Inc., is enjoined from further transmitting unsolicited facsimile advertisements into the state of Illinois to plaintiff.

Plaintiff's individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated: 5/2/13

_____
Judge